## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Joel AGUILAR-Soto

I, Edilberto Ramirez, declare and state as follows:

On or about April 20, 2022 the defendant Joel AGUILAR-Soto was apprehended near Laredo, Texas. After a brief interview it was determined that, Joel AGUILAR-Soto was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Joel AGUILAR-Soto was previously REMOVED from the United States on 10/26/1999 at Laredo, Tx. There is no record that Joel AGUILAR-Soto has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of April, 2022 at Laredo, Texas.

Crystal Cardenas
Border Patrol Agent
United States Border Patrol